IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN MOZELESKI,<br><br>    *Plaintiff,*<br><br>v.<br><br>MAIN LINE HOSPITALS, INC., MICHELLE MACEDON and STACEY PRICE,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 21-2043 |

**PAPPERT, J.**                                                                                                                    **March 23, 2022**

### ORDER

    **AND NOW**, this 23rd day of March 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF 15), Plaintiff Susan Mozeleski's Response (ECF 16) and the Defendants' Reply (ECF 18), and having heard oral argument on the Motion (ECF 22), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of the Defendants and against Mozeleski on all claims. The Clerk of Court shall **CLOSE** this case.

                                                                                 BY THE COURT:

                                                                                ***/s/ Gerald J. Pappert***
                                                                                GERALD J. PAPPERT, J.