# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN MOZELESKI, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 21-2043 |
| | : | |
| MAIN LINE HOSPITALS, INC., et al., | : | |
|     Defendants | : | |

## JUDGMENT

**AND NOW**, this 15th day of September, 2022, judgment is hereby entered in favor of Defendants Main Line Hospitals, Inc., d/b/a The Lankenau Hospital, Michelle Macedon, and Stacey Price, and against Plaintiff Susan Mozeleski, in the amount of $2,601.95.

                                            GEORGE WYLESOL
                                            Clerk of Court

                              By:    */s/ Sharon A. Hall-Moore*
                                            Deputy Clerk